**No. 39258.**—Protests 897143–G, etc., of W. A. Taylor & Co. et al. (Los Angeles).

Opinion by Evans, J. On the records presented the protests were overruled as unsupported.

August 18, 1938

**No. 39259.**— —Protest 861253–G of Associated Merchandising Corp. Abstract 38791. Application by plaintiff for rehearing denied.

August 22, 1938

**No. 39260.**—Suit 4077.— *U. Fujita & Co. et al. v. United States.* Abstract 35198 affirmed.

**No. 39261.**—Suit 4135.— —*Page & Jones v. United States.* T. D. 49132 affirmed.

**No. 39262.**—Suit 4139.— —*American Import Co. v. United States.* T. D. 49192 affirmed.

**No. 39263.**—Suit 4142.— —*United States v. Guy B. Barham Co. for University Shoppe.* T. D. 49152 reversed.

Before the Second Division, August 24, 1938

**No. 39264.**—Protests 228743–G, etc., of T. J. McGrath & Co. et al (New York).

Opinion by Tilson, J. Hoods, hats, and other articles in chief value of cellulose filaments similar to the merchandise involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

**No. 39265.**—Protests 327815–G, etc., of Standard Novelty Works (New York).

Opinion by Tilson, J. Trimmings in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

**No. 39266.**—Protest 5147–G of Dave Herstein Co. (New York).

Opinion by Tilson, J. The record established that certain items consist of ornaments and other articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.